08 CIV 4711

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CAROLINA SHIPPING LTD.                :

        Plaintiff,                                      :         08 Civ. ____
                                                                      ECF CASE
    - against -                                      :

RENAISSANCE INSURANCE GROUP LTD.,     :

        Defendant.                                   :
-------------------------------------------------------X

RECEIVED MAY 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: May 20, 2008
       New York, NY

                                  The Plaintiff,
                                  CAROLINA SHIPPING LTD.,

                      By: _____
                                  Lauren C. Davies (LD 1980)
                                  Thomas L. Tisdale (TT5263)
                                  TISDALE LAW OFFICES, LLC
                                  11 West 42nd Street, Suite 900
                                  New York, NY 10036
                                  (212) 354-0025 (Phone)
                                  (212) 869-0067 (Fax)
                                  ldavies@tisdale-law.com
                                  ttisdale@tisdale-law.com