279-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
RENAISSANCE INSURANCE GROUP LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CAROLINA SHIPPING LTD.,

        Plaintiff,

-against-

RENAISSANCE INSURANCE GROUP LTD.

        Defendant.
---------------------------------------------------------x

08 CIV 4711 (BSJ)

**ORDER TO SHOW CAUSE WHY MARITIME ATTACHMENT SHOULD NOT BE VACATED**

Upon the Affirmation of Michael E. Unger, dated June 2, 2008, and Defendant RENAISSANCE INSURANCE GROUP LTD. ("RENAISSANCE")'s Memorandum of Law, it is Ordered that Plaintiff CAROLINA SHIPPING LTD. ("CSL") show cause before the Court in Courtroom 18B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on June _10_, 2008 at _10:00_ a.m. / p.m., why an Order should not be entered pursuant to Supplemental Rule E(4)(f) of the Federal Rules of Civil Procedure and Rule E.1 of the Local Admiralty and Maritime Rules for the Southern and Eastern Districts of New York, vacating the Process of Maritime Attachment and Garnishment issued herein against assets, belonging to Defendant RENAISSANCE, and granting such other and further relief as the Court may deem just and proper.

NYDOCS1/305521.1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Service of a copy of this Order and the papers on which it is based by telefax and / or email to Plaintiff's counsel, Tisdale Law Offices, LLC, on or before June 2nd, 2008 at 5:00 ~~a.m.~~ / p.m. shall be deemed sufficient service.

Plaintiff's papers in opposition shall be served so as to be received by Defendant RENAISSANCE's counsel not later than 5:00 ~~a.m.~~ / p.m. on June 5, 2008.

Defendant's reply papers shall be served so as to be received by Plaintiff CSL's counsel not later than 12:00 ~~a.m.~~ / p.m. on June 7, 2008.

Counsel for both parties are directed to provide the Court with courtesy copies of their papers by hand / fax / other electronic means at the time of service on opposing counsel.

Dated: New York, New York
       June 2, 2008

_____
The Hon. Barbara S. Jones, U.S.D.J.