```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
CAROLINA SHIPPING LTD.,         :
                                :
               Plaintiff,       :    08 CV 4711 (BSJ)
                                :
        -v-                     :    ORDER
                                :
RENAISSANCE INSURANCE GROUP LTD.,:
                                :
               Defendant.       :
                                :
------------------------------- :
BARBARA S. JONES                X
UNITED STATES DISTRICT JUDGE
```

For the reasons stated on the record in open court on June 10, 2008, the attachment issued by this Court on May 20, 2008 is hereby VACATED.

The Clerk of Court is directed to enter judgment accordingly.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 10, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```