```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
CAROLINA SHIPPING LTD.,             :
                                    :
                  Plaintiff,        :   08 CV 4711 (BSJ)
                                    :
            -v-                     :   ORDER
                                    :
RENAISSANCE INSURANCE GROUP LTD.,   :
                                    :
                  Defendant.        :
                                    :
----------------------------------- X
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
```

  For the reasons stated on the record during a telephone conference on June 23, 2008, the Court GRANTS Plaintiff's motion for a temporary stay of execution of the Order vacating an attachment, entered on June 11, 2008. The temporary stay shall remain in effect pending the Court's decision on Plaintiff's motion for a stay pending appeal pursuant to Fed. R. Civ. P. 62(c).

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          June 23, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08