UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLINA SHIPPING LTD.          :

      Plaintiff,          :          08 Civ. 4711 (BSJ)
                               ECF CASE
  - against -          :

RENAISSANCE INSURANCE GROUP LTD.,   :

      Defendant.          :
-----------------------------------------------------------X

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Carolina Shipping Ltd., hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Barbara S. Jones dated June 10, 2008, and the Judgment issued thereon, which granted Defendant Renaissance Insurance Group Ltd.'s Motion to Vacate the attachment of certain Electronic Funds Transfers (EFTs) which were restrained pursuant to a Process of Maritime Attachment and Garnishment issued in favor of Plaintiff Carolina Shipping Ltd. A copy of the aforementioned Order and Judgment are attached hereto.

Dated: June 23, 2008
      New York, NY

                                      The Plaintiff,
                                      CAROLINA SHIPPING LTD.,

                          By: _____
                             Thomas L. Tisdale (TT5263)
                             Lauren C. Davies (LD 1980)
                             TISDALE LAW OFFICES, LLC
                             11 West 42nd Street, Suite 900
                             New York, NY 10036
                             (212) 354-0025 (Phone)
                             (212) 869-0067 (Fax)
                             ttisdale@tisdale-law.com
                             ldavies@tisdale-law.com

[FILED U.S.D.C. JUN 23 2008 S.D. OF N.Y.]