279-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAROLINA SHIPPING LTD.,

                Plaintiff,

-against-

RENAISSANCE INSURANCE GROUP LTD.,

                Defendant.
-------------------------------------------------------------x

**08 CIV 4711 (BSJ)**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendant, RENAISSANCE INSURANCE GROUP LTD.

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendant.

Dated: New York, New York
       June 24, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Defendant
                              RENAISSANCE INSURANCE GROUP LTD.

                  By: _____
                              Michael E. Unger (MU 0045)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/307317.1